**HONORABLE NANCY F. ATLAS PRESIDING**

CASE MANAGER  Shelia Ashabranner      ERO:   Yes
LAW CLERK  _____      USPO  M. Ott
INTERPRETER   N/A

TIME HELD:  1:09 p.m. to 1:35 p.m.
                                    DATE:  September 29, 2009

CR. No.  04-453    Deft. No.  01

UNITED STATES OF AMERICA          §     Lewis                         AUSA
vs.                               §
                                  §
CHRISTOPHER BAKKENIST             §     Robert N. Ross Jr.            RETAINED

## SENTENCING

__X__  Sentencing held.  Guilty verdict on 10/28/04 on Count(s) 1.

__X__  **SENTENCE:**  1 year probation; $3,000.00 fine.

__X__  $100.00 special assessment on counts 1

__X__  Standard Conditions of Supervised Release plus the following (if checked):
  - ✓  No Firearms
  - ✓  Drug testing/treatment as directed by Probation
  - ✓  Deft to incur costs of drug treatment
  - ✓  Deft to cooperate in collection of DNA sample
  - ___  Deft to participate in educational/vocational training
  - ___  If deported, not to re-enter US illegally
  - ✓  Defendant shall not seek or hold employment as a trader during the period of probation.
  - ✓  Defendant is required to provide the probation officer access to all requested financial information.
  - ✓  Defendant is prohibited from incurring new credit card charges and opening additional lines of credit without the approval of the probation office.

__X__  **WRITTEN NOTICE TO DEFT REGARDING APPEAL RIGHTS**

__X__  Defendant continued on bond.

OTHER PROCEEDINGS:  Court adopts the PSR as amended.  The following are made a part of this record (if checked):
  - ✓  PSR  ___ Revised PSR  ✓  Addendum to PSR  ___ Second Addendum to PSR
  - ✓  Objection(s) to PSR by  ✓ Govt   ✓  Defendant
  - ___  Statement of No Objections to PSR by ___ Govt. ___ Defendant
  - ✓  Other:  Defendant's presentence memorandum and Motion for Probation, Government's Motion for Downward Departure, Government's sentencing memorandum.